## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT STATE OF OKLAHOMA

| | |
|---|---|
| BILL & RHONDA SPRAY, individually and as personal representatives of the Estate of SINDI SPRAY, Decedent )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, OKLAHOMA COUNTY JAIL, OKLAHOMA COUNTY JAIL TRUST, OKLAHOMA COUNTY SHERIFF'S OFFICE, OKLAHOMA COUNTY DETENTION CENTER, OKLAHOMA COUNTY DEPUTIES, and OKLAHOMA COUNTY DETENTION OFFICERS )<br><br>Defendants. ) | Case No. CIV-20-308-C |

### DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiffs, Bill and Rhonda Spray, individually and as personal representatives of the Estate of Sindi Spray, decedent, pursuant to Rule 41 FRCP (a)(1)(A) and hereby dismisses without prejudice their claims as to Defendants, Board of County Commissioners for Oklahoma County, Oklahoma County Jail, Oklahoma County Jail Trust, Oklahoma County Sheriff's Office, Oklahoma County Detention Center, Oklahoma County Deputies, and Oklahoma County Detention Officers. In support of this Dismissal, the Plaintiffs would advise the Court that no party herein has filed an Answer or a Motion for Summary Judgment prior to the filing of this Dismissal Without Prejudice.

Respectfully submitted,

*/s/ Stephen D.Bachman*
Stephen D. Bachman, OBA #14030
HOLLOWAY, DOBSON& BACHMAN, PLLC
One Leadership Square
211 North Robinson, Suite 900
Oklahoma City, OK  73102
Telephone:  (405) 235-8593
Facsimile:  (866) 561-5451
sbachman@hollowaydobson.com
ATTORNEY FOR PLAINTIFF